# ORDER.

March 3, 1983.

FRESH POND SHOPPING CENTER, INC. *vs.* RENT CONTROL BOARD OF CAMBRIDGE. The judgment of the Superior Court is affirmed by an equally divided court. MR. JUSTICE WILKINS took no part in the decision of the case. He is a member of the Board of Overseers of Harvard College, which may have an interest in the disposition of issues raised in this case.